UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                        )
                                              )         CASE NO.  12-35589-KLP
Mary A. Hamlett                               CHAPTER 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

Richard J. Oulton., Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of **$550.00**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **08/28/14.**

2. The Attorney has provided services to the Debtor(s) in connection with a motion to incur new debt filed with this Court on **08/28/14,** the order having been entered by the Court on **09/10/14.**

3. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

4. The Attorney is the sole provider of legal services to the Debtor(s).

5. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.                     Respectfully Submitted,

/s/ Richard J. Oulton.
Richard J. Oulton. (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: 804-520-2428
Fax: 804-518-5121

Certificate of Service

I certify that I on **08/07/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a

claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.  /s/ Richard J. Oulton.

Richard J. Oulton.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                              )
    IN RE:                         )
                                           )      CASE NO.  12-35589-KLP
    Mary A. Hamlett                                  CHAPTER 13

          Debtor(s)
PO Box 150]
[Farmville, VA 23901]
   _____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[4355]_____

NOTICE OF MOTION

     Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$550.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

     **<u>Your rights may be affected.</u>**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

     If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **08/24/2015 (14 days)** you or your attorney must:

     [X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

          United States Bankruptcy Court
          701 E. Broad Street
          Richmond, VA 23219

     [ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

     [ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):    Richard J. Oulton.
                                          America Law Group, Inc.
                                          2312 Boulevard
                                          Colonial Heights, VA 23834
                                          Phone: 804-520-2428
                                          Fax: 804-518-5121

    Address of Chapter 13 Trustee:
                Suzanne E. Wade, P.O. Box 1780, Richmond, VA 3219-1780

                                        /s/ Richard J. Oulton.
                                        Richard J. Oulton. (VSB#74070)
                                        Attorney for Debtor
                                        America Law Group, Inc.
                                        2312 Boulevard
                                        Colonial Heights, VA 23834
                                        Phone: 804-520-2428
                                        Fax: 804-518-5121

                    PROOF OF SERVICE

    I certify that I on **08/07/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

                                                        /s/ Richard J. Oulton.

**Parties served:**

Suzanne E.Wade
P. O. Box 1819
Richmond, VA 3218-1819

Mary A. Hamlett

Debtor(s)
PO Box 150]
[Farmville, VA 23901]

**NAME AND ADDRESSES OF CREDITORS**

**Advance America**
1818 Perry Drive
Farmville, VA 23901

**Associated Creditors Exchange**
PO Box 33130
Phoenix, AZ 85067-0000

**Bon Secours Richmond Health Sy**
P.O. Box 404893
Atlanta, GA 30384-4893

**Bon Secours St. Mary's Hospita**
P.O. Box 6516
Richmond, VA 23230-0000

**Cbe Group**
PO Box 2547
Waterloo, IA 50704-2547

**Centra Southside Burkevile Med**
PO Box 927
White Sulphur Springs, WV 24986-0927

**Chaplin & Gonet**
5211 West Broad Street
Suite 100
Richmond, VA 23230-0000

**Credit Acceptance**
25505 West 12 Mile Road
Southfield, MI 48034-0000

**Creditors Collection S**
Po Box 21504
Roanoke, VA 24018-0000

**Diversified Svs Group**
1824 W Grand Ave Ste 200
Chicago, IL 60622-0000

**Emblem**
Po Box 105555
Atlanta, GA 30348-0000

**Enhanced Recovery Corp**
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**First Premier Bank**
3820 N Louise Ave
Sioux Falls, SD 57107-0000

**Ginny's**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Ginny's**
PO Box 2825
Monroe, WI 53566-0000

**LCA**
P.O. Box 2240
Burlington, NC 27216-2240

**Michael Wayne Investment Co.**
2900 Sabre Street, Suite 75
Virginia Beach, VA 23452-0000

**Monroe & Main**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Monroe and Main**
PO Box 2839
Monroe, WI 53566-0000

**Monroe And Main**
1112 Seventh Ave.
Monroe, WI 53566-0000

**Nations Recovery Center Inc**
6941 Peachtree Industrial Blvd
Atlanta, GA 30360-0000

**Oxford Collection Serv**
135 Maxess Rd Ste 2a
Melville, NY 11747-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA. 95696

**Progressive Financial Services**
1209 4th Ave. South - Dept PRO
Nashville, TN 37210-4107

**Pulmonary Associates of Richmo**
1000 Boulders Pkwy Ste 102
Richmond, VA 23225-5515

**Pulmonary Associates of Richmond, Inc.**

c/o Chaplin & Gonet
5211 West Broad Street #100
Richmond, VA 23230

**Seventh Avenue**
1112 7th Ave
Monroe, WI 53566-0000

**Southside Community Hospital**
c/o Leon P. Ferrance
1017 2nd St SW # B
Roanoke, VA 24016-0000

**Spinella, Owings & Shaia PC**
8550 Mayland Drive
Henrico, VA 23294-0000

**The Debt Law Group**
11357 Nuckols Road Suite 145
Glen Allen, VA 23059

**U S Dept Of Ed/Fisl/At**
400 Maryland, Ave, SW
Washington, D.C. 20202

**U.S. Attorney**
600 E. Main St., 18th Flr
Richmond, VA 23219

**West End Orthopaedic Clinic**
5899 Bremo Road #100
Richmond, VA 23226-0000

**YMCA**
580 Commerce Road
Farmville, VA 23901-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                    )
                                                          )          CASE NO.  12-35589-KLP
Mary A. Hamlett                                           CHAPTER 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of **$550.00** in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **08/28/14**.

2. The Attorney has provided services to the Debtor(s) in connection with a motion to incur new debt filed with this Court on **08/28/14** the order having been entered by the Court on **09/10/14**

There being no objection filed to the application for compensation in this matter to date in the amount of **$550.00** and that the Chapter 13 trustee, **Suzanne E. Wade** is authorized to pay an additional **$550.00** to Richard J. Oulton. from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
                Judge

Notice of Order Entered on Docket

_____

I ask for this:

_____
Richard J. Oulton., VSB# 74070, Counsel for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: 804-520-2428
Fax: 804-518-5121

Seen and agreed

_____
**Suzanne E. Wade**

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

_____
Richard J. Oulton.

Please send a copy of this Order to:

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23219-1780

Mary A. Hamlett

Debtor(s)
PO Box 150]
[Farmville, VA 23901]