1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                    )
                                          )          CASE NO. 12-35589-KLP
Mary A. Hamlett                           )
                                                     CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of $250.00

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post confirmation modified plan** filed with this Court on **10/07/2015.**

2. Fees in the amount of $3250.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121

Certificate of Service

I certify that I on **01/27/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a

claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                   )
                                                         )          CASE NO. 12-35589-KLP
Mary A. Hamlett
                                                                    CHAPTER 13


            Debtor(s)
[PO Box 150 ]
[Farmville, VA 23901]
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[4355]_____

NOTICE OF MOTION

        Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$250.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

        **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

        If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **02/11/2016(14 days)** you or your attorney must:

        [X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

                United States Bankruptcy Court
                701 E. Broad Street
                Richmond, VA 23219

        [ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

        [ ] Attend the hearing on the motion scheduled to be held on _____ at _____  __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

        If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):    Richard J. Oulton
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121

Address of Chapter 13 Trustee:

Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23219-1780

**01/27/2016**                                /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **01/27/2016**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.        /s/ Richard J. Oulton
Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Mary A. Hamlett

Debtor(s)
[PO Box 150 ]
[Farmville, VA 23901]

## NAME AND ADDRESSES OF CREDITORS

**Advance America**
1818 Perry Drive
Farmville, VA 23901

**Associated Creditors Exchange**
PO Box 33130
Phoenix, AZ 85067-0000

**Bon Secours Richmond Health Sy**
P.O. Box 404893
Atlanta, GA 30384-4893

**Bon Secours St. Mary's Hospita**
P.O. Box 6516
Richmond, VA 23230-0000

**Cbe Group**
PO Box 2547
Waterloo, IA 50704-2547

**Centra Southside Burkevile Med**
PO Box 927
White Sulphur Springs, WV 24986-0927

**Chaplin & Gonet**
5211 West Broad Street
Suite 100
Richmond, VA 23230-0000

**Credit Acceptance**
25505 West 12 Mile Road Suite 3000
Southfield, MI 48034-0000

**Credit Acceptance**
25505 West 12 Mile Road
Southfield, MI 48034-0000

**Creditors Collection S**
Po Box 21504
Roanoke, VA 24018-0000

**Diversified Svs Group**
1824 W Grand Ave Ste 200
Chicago, IL 60622-0000

**Emblem**
Po Box 105555
Atlanta, GA 30348-0000

**Enhanced Recovery Corp**
Attention: Client Services

8014 Bayberry Rd
Jacksonville, FL 32256-0000

**First Premier Bank**
3820 N Louise Ave
Sioux Falls, SD 57107-0000

**Ginny's**
PO Box 2825
Monroe, WI 53566-0000

**Ginny's**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**LCA**
P.O. Box 2240
Burlington, NC 27216-2240

**Michael Wayne Investment Co.**
2900 Sabre Street, Suite 75
Virginia Beach, VA 23452-0000

**Monroe & Main**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Monroe and Main**
PO Box 2839
Monroe, WI 53566-0000

**Monroe And Main**
1112 Seventh Ave.
Monroe, WI 53566-0000

**Nations Recovery Center Inc**
6941 Peachtree Industrial Blvd
Atlanta, GA 30360-0000

**Oxford Collection Serv**
135 Maxess Rd Ste 2a
Melville, NY 11747-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA. 95696

**Progressive Financial Services**
1209 4th Ave. South - Dept PRO
Nashville, TN 37210-4107

**Pulmonary Associates of Richmo**
1000 Boulders Pkwy Ste 102
Richmond, VA 23225-5515

**Pulmonary Associates of Richmond, Inc.**
c/o Chaplin & Gonet
5211 West Broad Street #100
Richmond, VA 23230

**Seventh Avenue**
1112 7th Ave
Monroe, WI 53566-0000

**Southside Community Hospital**
c/o Leon P. Ferrance
1017 2nd St SW # B
Roanoke, VA 24016-0000

**Spinella, Owings & Shaia PC**
8550 Mayland Drive
Henrico, VA 23294-0000

**The Debt Law Group**
11357 Nuckols Road Suite 145

Glen Allen, VA 23059

**U S Dept Of Ed/Fisl/At**
400 Maryland, Ave, SW
Washington, D.C. 20202

**U.S. Attorney**
600 E. Main St., 18th Flr
Richmond, VA 23219

**West End Orthopaedic Clinic**
5899 Bremo Road #100
Richmond, VA 23226-0000

**YMCA**
580 Commerce Road
Farmville, VA 23901-0000