UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                        )
                                              )         CASE NO.  12-35589-KLP
Mary A. Hamlett                               )         CHAPTER 13


## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of **$550.00** in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **08/28/14**.

2. The Attorney has provided services to the Debtor(s) in connection with a motion to incur new debt filed with this Court on **08/28/14** the order having been entered by the Court on **09/10/14**

There being no objection filed to the application for compensation in this matter to date in the amount of **$550.00** and that the Chapter 13 trustee, **Suzanne E. Wade** is authorized to pay an additional **$550.00** to Richard J. Oulton. from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                              UNITED STATES BANKRUPTCY COURT

Feb 17 2016

                                    By /s/ Keith L. Phillips
                                              Judge

Notice of Order Entered on Docket
Feb 17 2016

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton., VSB# 74070, Counsel for Debtor
America Law Group, Inc.
2312 Boulevard

Colonial Heights, VA 23834
Phone: 804-520-2428
Fax: 804-518-5121

Seen and agreed

/s/ Suzanne E. Wade
**Suzanne E. Wade**

Certification

   I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton
Richard J. Oulton.

Please send a copy of this Order to:

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23219-1780

Mary A. Hamlett
Debtor(s)
PO Box 150]
[Farmville, VA 23901]